Monte J. White & Associates, PC
Monte J. White
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
ecfabilene@montejwhite.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| Kelly Ann Armstrong | § | CASE NO. 12-10305-RLJ-13 |
| | § | |
| | § | HEARING DATE: 10/28/2013 |
| DEBTOR(s) | § | HEARING TIME: 11:00 A.M. |

### FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 09/30/2013

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed: 10/23/2012

2. Date of Section 341 Meeting: 12/4/2012

3. First Payment Date: 11/22/2012

4. Date of Confirmation: 1/10/2013

5. Total Plan Term Prior to this Modification: 60

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval: 11

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 49

8. Amount of Arrears through the month prior to the date the Modification is filed: $1,145.00

9. Date plan payments are to resume: 10/22/2013

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $6,038.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk: $6,530.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $1,145.00 (includes arrears through September)

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: TRCC 8/21/2013

## II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

   __x__        DECREASE monthly payment from $653.00 per month to $406.00 per month
(must coincide with resume date shown in item 9 above)

Any arrears indicated in item 8 above shall be cured by the following method: Debtor proposes to pay arrears of $1,145.00 through September of 2013 by making an additional payment of $24.00 per month for the remaining 49 months of the plan.

## III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $406.00 will resume on or before 10/22/2013 for 49 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $39,180.00 to $27,108.00

If the base amount has changed complete the following:

1. Total paid in as of the month prior
to Modification Approval:                                $ 6,038.00

2. (+) Plus Total Payments to be made
through the Remainder of Plan:                         $19,894.00
(Making up any arrears in item 9 above)

3. (+) Plus 49 additional payments of $24.00 each    $ 1,176.00
to cure plan arrears of $1,145.00 through 9/2013.

3. (=) New Base Amount                                $27,108.00

## IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

V.  SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO
CodeName  Class   Amount   Collateral Value   Interest Treatment

OR
 x  Check here if no changes are to be made to creditors.

Note:  Changes to any creditors above shall not be effective until the Modification is approved.

VI.  ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee.

VII.  REASON FOR MODIFICATION

This modification is requested for the following reason(s):  Debtor's income and expenses have changed and Debtor wishes to modify plan payment and cure plan arrears through September 2013.  Debtor will make total payments to the Trustee of $430.00 per month for the remaining 49 months of the plan.

VIII.  BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

See Amended Schedules I & J on file with the Court.

                                            Respectfully submitted,

                                            /s/Monte J. White
                                            Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation has been served by me on 09/30/2013, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 12-10305-rlj13<br>Northern District of Texas<br>Abilene<br>Mon Sep 30 13:32:43 CDT 2013 | Eastland City<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 | Eastland County<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 |
| Eastland ISD<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 | Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | AT&T Mobility II LLC<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 | Abilene Dermatology and Skin Surgery Center,<br>3190 Antilley Road<br>Abilene, TX 79606-5015 |
| Ace Cash Express<br>3429 Ambler Ave<br>Eastland, TX 79602 | Acs-bank Of America<br>501 Bleecker St<br>Utica, NY 13501-2401 | Acs-panhandle Plains<br>501 Bleeker St<br>Utica, NY 13501-2401 |
| Advance Amercia<br>2202 W. Washington St.<br>Stephenville, TX 76401-3804 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090-2036 |
| At & T<br>P.O. Box 930170<br>Dallas, Tx 75393-0170 | Austin Finance Company<br>1110 W Walker St<br>Breckenridge, TX 76424-3341 | Bank of America<br>4601 S. 14th St.<br>Abilene, TX 79605-4734 |
| Big Country Plumbing<br>601 W. 18th St.<br>Cisco, TX 76437-4757 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 | Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 |
| ChecknGo<br>1405 E. Main St. No. 150<br>Eastland, TX 76448-3051 | Columbia House<br>P.O. Box 1131<br>Terre Haute, IN 47811 | Complete Credit Soluti<br>2921 Brown Trail Suite 100<br>Bedford, TX 76021-4174 |
| Cottonwood Financial Texas, LP<br>1901 Gateway Drive<br>Suite 200<br>Irving, TX 75038-2425 | Credit Collections I<br>2601 NW Expressway Suite 1000E<br>Oklahoma City, OK 73112-7238 | Credit Collections Srv.<br>PO Box 9134<br>Needham, MA 02494-9134 |
| Credit Protection Associates<br>Attn: Bankruptcy<br>PO Box 802068<br>Dallas, TX 75380-2068 | DENOVUS CORPORATION LTD<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Dakota State Bank<br>PO Box 4477<br>Beaverton, OR 97076-4401 |

| | | |
|---|---|---|
| Dr Craig Urban<br>c/o West Central Texas Collection Bureau<br>PO Box 2586<br>Abilene, TX 79604-2586 | Dr. Craig Urban<br>3190 Antilley Rd.<br>Abilene, TX 79606-5015 | Dt Credit Co<br>PO Box 29018<br>Phoenix, AZ 85038-9018 |
| EZ Money<br>3202 N. First St. No. F<br>Abilene, TX 79603-7039 | Eastland County Appraisal District<br>P.O. Box 914<br>Eastland, TX 76448-0914 | Eastland Memorial Hospital<br>304 South Daugherty St.<br>Eastland, TX 76448-2609 |
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Eos Cca<br>700 Longwater Dr<br>Norwell, MA 02061-1624 | First Financial Asset Management Inc<br>PO Box 6887<br>Miramar Beach, FL 32550-1006 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Frontier Motors<br>4601 N First Street<br>Abilene, TX 79603-6540 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jefferson Capital<br>16 McLeland Rd<br>Saint Cloud, MN 56303-2198 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kelly Ann Armstrong<br>506 S. Daugherty<br>Eastland, TX 76448-2613 | Kevin D. Clardy DDS<br>2900 Coggin Ave<br>Brownwood, TX 76801-5331 | LVNV Funding, LLC its successors and assigns<br>assignee of CVF Consumer Acquisition<br>Company<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of NCO Portfolio Management<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Liberty Mutual<br>Payment Processing Center-27<br>P.O. Box 55126<br>Boston, MA 02205-5126 | MCI<br>PO Box 4600<br>Iowa City, IA  52244-4600 |
| Midwest Finance<br>3210 Belaire Dr.<br>Midwest City, OK 73110-3900 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | NCP Finance Limited Partnership<br>100 East Third Street, 5th Floor<br>Dayton, OH 45402-2119 |
| National Credit Adjusters<br>PO Box 3023<br>Hutchinson, KS 67504-3023 | National Payment Center<br>P.O. Box 105028<br>Atlanta, GA 30348-5028 | Nationwide<br>P.O. Box 57329<br>Phoenix, AZ 85079-7329 |
| Nco Fin -99<br>Po Box 15636<br>Wilmington, DE 19850-5636 | Panhandle Plains<br>1303 23rd Street<br>Canyon, TX 79015-5321 | Plains Commerce Bank<br>Po Box 89937<br>Sioux Falls, SD 57109-6937 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville CA 95696-8208 | Progressive Insurance Corporate Office<br>6300 Wilson Mills Road<br>Mayfield Village, OH 44143-2182 |
| RPM<br>P.O. Box 4006<br>Bothelll, WA 98041-4006 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rjm Acq Llc<br>575 Underhill Blvd Suite 224<br>Syosset, NY 11791-3416 |
| Robert C. DeLuca, DO<br>500 W. Plummer<br>Eastland, Texas 76448-2629 | SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C. 29304-1893 | Security Fin<br>SFC Centralized Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 |
| Southwestern Bell Telephone Company<br>% AT&T Services Inc.<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 | State Tex Studen Ln 4<br>Po Box 12788<br>Austin, TX 78711-2788 | SuddenLink<br>P.O. Box 78670<br>Phoenix, AZ 85062-8670 |
| TEXAS HIGHER EDUCATION COORDINATING BOARD<br>P.O. BOX 12788<br>AUSTIN, TX 78711-2788 | Texas Emergency Staffing Solution<br>P. O. Box 96118<br>Oklahoma City, Ok 73143-6118 | Texas Guaranteed Student Loan Corp<br>POB 83100<br>Round Rock, TX 78683-3100 |
| The Cash Store<br>1404 E. Main St.<br>Eastland, TX 76448-3023 | Todd M. Pennartz<br>111 Sunset Blvd.<br>Breckenridge, TX 76424-4013 | Trident Asset Manageme<br>5755 Northpoint Pkwy Ste<br>Alpharetta, GA 30022-1142 |
| Tx Guar Std<br>TG-Attn. Bankruptcy Department<br>PO Box 659602<br>San Antonio, TX 78265-9602 | U S Dept Of Ed-gsc-chi<br>Po Box 4222<br>Iowa City, IA 52244 | U.S. Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 |
| US Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | United Healthcare<br>P.O. Box 30555<br>Salt Lake City, UT 84130-0555 | Us Dept Of Ed-glelsi<br>2401 International<br>Madison, WI 53704-3121 |
| Verichek<br>PO Box 3218<br>Abilene, TX 79604-3218 | West Asset Managemen<br>2703 N Highway 75<br>Sherman, TX 75090-2567 | West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 |
| Western Shamrock<br>801 S. Abe St.<br>San Angelo, TX 76903-6735 | Western Shamrock Corporation<br>Attention: Bankruptcy<br>801 S Abe St.<br>San Angelo, TX 76903-6735 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 |

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Eastland City
Lee Gordon
P O Box 1269
Round Rock, TX 78680-1269

(d)Eastland County
Lee Gordon
P O Box 1269
Round Rock, TX 78680-1269

(d)Eastland ISD
Lee Gordon
P O Box 1269
Round Rock, TX 78680-1269

(d)Kelly Ann Armstrong
506 S. Daugherty
Eastland, TX 76448-2613

End of Label Matrix
Mailable recipients    90
Bypassed recipients     4
Total                  94