Monte J. White & Associates  
Larry Lewis  
402 Cypress, Suite 310  
Abilene, TX 79601  
(325) 673-6699  
(325) 672-9227 Fax  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE NORTHERN DISTRICT OF TEXAS  
ABILENE DIVISION  

| | |
|---|---|
| IN RE: | § CASE NO.  12-10305-RLJ-13 |
| | § |
| Kelly Ann Armstrong | § |
| | § JUDGE ROBERT L. JONES |
| | § |
| | § HEARING DATE: 10/28/2013 |
| DEBTOR | § HEARING TIME: 11:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE  
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION  

NOTICE OF HEARING  

On 10/28/2013, which is at least twenty-eight (28) days from the date of service hereof, at 11:00 o'clock A.M., a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 2201, U.S. Courthouse, 3rd AND PINE STREET, ABILENE, Texas, 79604. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE  

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 A.M. prior to the above hearing time at the following location. 3rd AND PINE STREET, ABILENE, Texas, 79604. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 09/30/2013, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1205 TEXAS AVENUE, #306, LUBBOCK, TEXAS,

79401, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Notice of Hearing and Pre-Hearing Conference has been served by me on 09/30/2013, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

/s/Monte J. White  
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 12-10305-rlj13<br>Northern District of Texas<br>Abilene<br>Mon Sep 30 13:32:43 CDT 2013 | Eastland City<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 | Eastland County<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 |
| Eastland ISD<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 | Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | AT&T Mobility II LLC<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 | Abilene Dermatology and Skin Surgery Center,<br>3190 Antilley Road<br>Abilene, TX 79606-5015 |
| Ace Cash Express<br>3429 Ambler Ave<br>Eastland, TX 79602 | Acs-bank Of America<br>501 Bleecker St<br>Utica, NY 13501-2401 | Acs-panhandle Plains<br>501 Bleeker St<br>Utica, NY 13501-2401 |
| Advance Amercia<br>2202 W. Washington St.<br>Stephenville, TX 76401-3804 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090-2036 |
| At & T<br>P.O. Box 930170<br>Dallas, Tx 75393-0170 | Austin Finance Company<br>1110 W Walker St<br>Breckenridge, TX 76424-3341 | Bank of America<br>4601 S. 14th St.<br>Abilene, TX 79605-4734 |
| Big Country Plumbing<br>601 W. 18th St.<br>Cisco, TX 76437-4757 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 | Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 |
| ChecknGo<br>1405 E. Main St. No. 150<br>Eastland, TX 76448-3051 | Columbia House<br>P.O. Box 1131<br>Terre Haute, IN 47811 | Complete Credit Soluti<br>2921 Brown Trail Suite 100<br>Bedford, TX 76021-4174 |
| Cottonwood Financial Texas, LP<br>1901 Gateway Drive<br>Suite 200<br>Irving, TX 75038-2425 | Credit Collections I<br>2601 NW Expressway Suite 1000E<br>Oklahoma City, OK 73112-7238 | Credit Collections Srv.<br>PO Box 9134<br>Needham, MA 02494-9134 |
| Credit Protection Associates<br>Attn: Bankruptcy<br>PO Box 802068<br>Dallas, TX 75380-2068 | DENOVUS CORPORATION LTD<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Dakota State Bank<br>PO Box 4477<br>Beaverton, OR 97076-4401 |

Dr Craig Urban
c/o West Central Texas Collection Bureau
PO Box 2586
Abilene, TX 79604-2586

Dr. Craig Urban
3190 Antilley Rd.
Abilene, TX 79606-5015

Dt Credit Co
PO Box 29018
Phoenix, AZ 85038-9018


EZ Money
3202 N. First St. No. F
Abilene, TX 79603-7039

Eastland County Appraisal District
P.O. Box 914
Eastland, TX 76448-0914

Eastland Memorial Hospital
304 South Daugherty St.
Eastland, TX 76448-2609


Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Eos Cca
700 Longwater Dr
Norwell, MA 02061-1624

First Financial Asset Management Inc
PO Box 6887
Miramar Beach, FL 32550-1006


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Frontier Motors
4601 N First Street
Abilene, TX 79603-6540

Internal Revenue Service
1100 Commerce
MC 5029 DAL
Dallas, TX 75242-1100


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jefferson Capital
16 McLeland Rd
Saint Cloud, MN 56303-2198

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999


Kelly Ann Armstrong
506 S. Daugherty
Eastland, TX 76448-2613

Kevin D. Clardy DDS
2900 Coggin Ave
Brownwood, TX 76801-5331

LVNV Funding, LLC its successors and assigns
assignee of CVF Consumer Acquisition
Company
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


LVNV Funding, LLC its successors and assigns
assignee of NCO Portfolio Management
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Liberty Mutual
Payment Processing Center-27
P.O. Box 55126
Boston, MA 02205-5126

MCI
PO Box 4600
Iowa City, IA 52244-4600


Midwest Finance
3210 Belaire Dr.
Midwest City, OK 73110-3900

Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601-5151

NCP Finance Limited Partnership
100 East Third Street, 5th Floor
Dayton, OH 45402-2119


National Credit Adjusters
PO Box 3023
Hutchinson, KS 67504-3023

National Payment Center
P.O. Box 105028
Atlanta, GA 30348-5028

Nationwide
P.O. Box 57329
Phoenix, AZ 85079-7329


Nco Fin -99
Po Box 15636
Wilmington, DE 19850-5636

Panhandle Plains
1303 23rd Street
Canyon, TX 79015-5321

Plains Commerce Bank
Po Box 89937
Sioux Falls, SD 57109-6937

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville CA 95696-8208 | Progressive Insurance Corporate Office<br>6300 Wilson Mills Road<br>Mayfield Village, OH 44143-2182 |
| RPM<br>P.O. Box 4006<br>Bothelll, WA 98041-4006 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rjm Acq Llc<br>575 Underhill Blvd Suite 224<br>Syosset, NY 11791-3416 |
| Robert C. DeLuca, DO<br>500 W. Plummer<br>Eastland, Texas 76448-2629 | SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C. 29304-1893 | Security Fin<br>SFC Centralized Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 |
| Southwestern Bell Telephone Company<br>% AT&T Services Inc.<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 | State Tex Studen Ln 4<br>Po Box 12788<br>Austin, TX 78711-2788 | SuddenLink<br>P.O. Box 78670<br>Phoenix, AZ 85062-8670 |
| TEXAS HIGHER EDUCATION COORDINATING BOARD<br>P.O. BOX 12788<br>AUSTIN, TX 78711-2788 | Texas Emergency Staffing Solution<br>P. O. Box 96118<br>Oklahoma City, Ok 73143-6118 | Texas Guaranteed Student Loan Corp<br>POB 83100<br>Round Rock, TX 78683-3100 |
| The Cash Store<br>1404 E. Main St.<br>Eastland, TX 76448-3023 | Todd M. Pennartz<br>111 Sunset Blvd.<br>Breckenridge, TX 76424-4013 | Trident Asset Manageme<br>5755 Northpoint Pkwy Ste<br>Alpharetta, GA 30022-1142 |
| Tx Guar Std<br>TG-Attn. Bankruptcy Department<br>PO Box 659602<br>San Antonio, TX 78265-9602 | U S Dept Of Ed-gsc-chi<br>Po Box 4222<br>Iowa City, IA 52244 | U.S. Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 |
| US Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | United Healthcare<br>P.O. Box 30555<br>Salt Lake City, UT 84130-0555 | Us Dept Of Ed-glelsi<br>2401 International<br>Madison, WI 53704-3121 |
| Verichek<br>PO Box 3218<br>Abilene, TX 79604-3218 | West Asset Managemen<br>2703 N Highway 75<br>Sherman, TX 75090-2567 | West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 |
| Western Shamrock<br>801 S. Abe St.<br>San Angelo, TX 76903-6735 | Western Shamrock Corporation<br>Attention: Bankruptcy<br>801 S Abe St.<br>San Angelo, TX 76903-6735 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 |

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Eastland City
Lee Gordon
P O Box 1269
Round Rock, TX 78680-1269

(d)Eastland County
Lee Gordon
P O Box 1269
Round Rock, TX 78680-1269

(d)Eastland ISD
Lee Gordon
P O Box 1269
Round Rock, TX 78680-1269

(d)Kelly Ann Armstrong
506 S. Daugherty
Eastland, TX 76448-2613

End of Label Matrix
Mailable recipients   90
Bypassed recipients    4
Total                 94